# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOSTON HEART DIAGNOSTICS CORPORATION, | ) |
| Plaintiff | ) |
| v. | ) **JURY DEMANDED** |
| MD LABS, INC., | ) |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Boston Heart Diagnostics Corporation ("BHDX" or "Plaintiff") for its Complaint against defendant MD Labs, Inc. ("MD Labs" or "Defendant"), alleges as follows:

## PARTIES

1. BHDX is a corporation organized under the laws of the Commonwealth of Massachusetts with its principal place of business in Framingham, Massachusetts. BHDX is a healthcare company that provides cardiovascular disease management through a combination of proprietary lipid testing capabilities, sophisticated diagnostic tools, advanced therapy guidelines, and patient support services.

2. Upon information and belief, MD Labs is a Nevada corporation with its principal place of business in Reno, Nevada. Upon information and belief, MD Labs is a laboratory testing company that provides clinical laboratory tests and services intended to predict cardiovascular disease risk. MD Labs' business extends throughout the United States and Connecticut through its internet website at http://mdlabs.com.

1

## NATURE OF THE ACTION

3. This is an action for patent infringement arising under the Patent Laws of the United States, including 35 U.S.C. §§ 271, *et seq.*

## JURISDICTION

4. This Court has original and exclusive subject matter jurisdiction over patent infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over MD Labs. Upon information and belief, MD Labs actively solicits health care providers, physicians and patients in Connecticut. MD Labs, through its employees and agents, serves health care providers, physicians, and patients in Connecticut through a highly-interactive website. Upon information and belief, MD Labs specifically targets this District through the user-portal on its website that permits healthcare providers and physicians in Connecticut to access personal account information and patient test results and patients to locate Connecticut pharmacies that are certified by MD Labs and provide MD Labs products and services. In addition, MD Labs is believed to derive revenues from the services and products rendered and/or offered in Connecticut such that it should have reasonably expected to be subject to suit in this District.

## VENUE

6. Venue is proper in this District under 28 U.S.C. § 1400(b) because MD Labs conducted and continues to conduct its business in this District in a manner that infringes on the methods protected by the patent in suit and has a regular and established place of business in this District. Specifically, upon information and belief, MD Labs certifies and implements its pharmacogenetics testing program at participating pharmacies in this District, whose certified

pharmacists advertise and sell MD Labs' products and services to customers and patients in this District.

**UNITED STATES PATENT NO 8,455,194**

9.  BHDX is a heart health management company providing integrated diagnostic and patient management solutions which advance cardiovascular disease risk assessment, monitoring, and treatment. BHDX's goal is to predict, prevent, manage, and reverse cardiovascular disease by improving patient assessment and management.

10. On or about June 4, 2013, United States Patent No. 8,455,194, which embodies diagnostic methods for detecting the susceptibility of an individual to statin-induced myopathy (the "'194 Patent"), was duly and legally issued by the United Stated Patent and Trademark Office, and is valid and subsisting. A true and accurate copy of the '194 Patent is attached hereto as **Exhibit A**.

11. The '194 Patent is owned by Isis Innovation Limited ("Oxford"), a technology commercialization company and wholly-owned subsidiary of the University of Oxford.

12. In November 2011, Oxford granted an exclusive license under the '194 Patent to BHDX thereby granting BHDX the right to use Oxford's Statin Induced Myopathy Genotype (SLCO1B1) test (the "Oxford License Agreement").

13. Under the Oxford License Agreement, BHDX was granted an exclusive license to "develop, make, have made, use, import and Market the Licensed Product, and to develop, use, and Market the Licensed Service, in the Field and the Territory." Oxford License Agreement, § 2.1.

14. BHDX offers the SLCO1B1 test, protected by the '194 Patent, exclusively through its Framingham-based Clinical Laboratory Improvement Act ("CLIA") certified

laboratory. The SLCO1B1 test identifies patients who are at higher risk for developing severe myopathy (muscle aches and pain) as a side effect of statin drugs prescribed to reduce low-density lipoprotein cholesterol levels.

15. The Oxford License Agreement expressly grants to BHDX the right to bring this action for injunctive relief and damages. Specifically, Article 6 of the Oxford License Agreement grants BHDX the first right to take legal action against any misappropriation or infringement of the '194 Patent.

16. On November 22, 2013, the U.S. Patent and Trademark Office ("PTO") received a request for reexamination of claims 1 through 7 of the '194 Patent. On January 14, 2014, the PTO initiated reexamination.

17. On January 6, 2015, the PTO issued an Ex Parte Reexamination Certificate for the '194 Patent, re-issuing claims 1 through 7 as amended. Claims 8 through 14 were not subject to reexamination. Claims 15 through 25 were added during the reexamination. A copy of the Ex Parte Reexamination Certificate dated January 6, 2015, is attached hereto as **Exhibit B.**

18. The patented method of the '194 Patent, as amended during the reexamination, involves three principal steps: (a) an "assaying" step, (b) a "determining" step, and (c) an "administering" step.

## COUNT ONE: DIRECT INFRINGEMENT
## OF THE '194 PATENT

19. The allegations set forth in paragraphs 1 through 18 are hereby realleged and incorporated as if set forth fully herein.

20. MD Labs offers genetic testing that seeks to identify those patients who are at higher risk of developing statin-induced myopathy due to a variation on their SLCO1B1 gene (the "MD Labs SLCO1B1 Test").

21. MD Labs actively offers, markets, and sells the MD Labs SLCO1B1 Test to patients and healthcare providers, such as physicians and pharmacists, throughout the United States, including in this District.

22. In offering, marketing, selling, and performing the MD Labs SLCO1B1 Test, MD Labs infringes the '194 Patent directly and/or through inducement.

23. Upon information and belief, MD Labs itself directly performs the "assaying" and "determining" steps of the method covered by the '194 Patent, when those claim terms are properly construed in accordance with the '194 Patent specification, prosecution history, and other evidence.

24. Among other things, MD Labs provides healthcare professionals such as pharmacists with MD Labs' SLCO1B1 Rxight® PGx Test (the "MD Labs' Kit") for obtaining a patient's DNA sample, which MD Labs "assays" at its genetic testing laboratory to determine unique drug-processing genetic characteristics.

25. For instance, MD Labs provides doctors and pharmacists with access to its MD Labs' Kit which is used to collect patients' DNA samples such that MD Labs "assays" the sample to identify clinical genetic variants in each patient's SLCO1B1 gene.

26. Through its Personalized Medication Review® ("MD Labs' PMR") clinical report, and other information provided by MD Labs and its agents, MD Labs "determines" the appropriate dosage of a statin, within the meaning of the '194 Patent, for health care providers such that health care providers can prescribe the right dosage of the right medications.

27. For instance, through MD Labs' PMR clinical report, MD Labs trains and instructs healthcare providers to interpret its MD Labs' PMR clinical report to provide individual treatment programs for patients.

28. Through the detailed information, recommendations, training, and instructions provided to physicians and pharmacists, MD Labs directs and controls physicians and pharmacists to perform the "administering" step of the patented method or acts in concert with physicians and pharmacists, as a partner or joint venturer, and thus jointly performs the "administering" step of the patented method.

29. As a result of MD Labs' infringing activities, BHDX has suffered damage in an amount to be proved at trial.

30. In addition, MD Labs' infringement of the '194 Patent is ongoing. Unless restrained and enjoined by the Court, MD Labs will continue to infringe the '194 Patent, causing BHDX irreparable harm.

## COUNT TWO: INDUCING INFRINGEMENT OF THE '194 PATENT

31. The allegations set forth in paragraphs 1 through 30 are hereby realleged and incorporated as if set forth fully herein.

32. MD Labs offers, markets, sells, and performs the MD Labs SLCO1B1 Test throughout the United States.

33. By using the MD Labs SLCO1B1 Test, pharmacists and physicians directly infringe the '194 Patent, and MD Labs knowingly encourages and induces that infringement.

34. Without limitation, MD Labs specifically markets and advertises the MD Labs SLCO1B1 Test for use in identifying patients who are at risk of developing statin-induced myopathy. MD Labs also employs sales representatives who actively instruct and encourage physicians and pharmacists to order and use the MD Labs SLCO1B1 Test.

35. MD Labs further knowingly encourages and induces physicians' and pharmacists' infringement of the '194 Patent by performing the "assaying" step of the patented method under the control and direction of the physicians and pharmacists, pursuant to written agreements.

36. MD Labs further knowingly encourages and induces physicians' and pharmacists' infringement by providing the MD Labs Kit, clinical reports, training and other information that instructs pharmacists and physicians and recommends appropriate statin dosages.

37. By this and other conduct, MD Labs knowingly and actively induces physicians and pharmacists to administer statin dosages within the meaning of the '194 Patent.

38. MD Labs engages in the above-described activity with actual knowledge of the '194 Patent.

39. MD Labs engages in the above-described activity with the specific intent to induce physicians and pharmacists to infringe the '194 Patent.

40. As a result of MD Labs' infringing activities, BHDX has suffered damage in an amount to be proved at trial.

41. In addition, MD Labs' infringement of the '194 Patent is ongoing. Unless restrained and enjoined by the Court, MD Labs will continue to infringe the '194 Patent, causing BHDX irreparable harm.

**COUNT THREE: EXCEPTIONAL CASE**

42. The allegations set forth in paragraphs 1 through 41 are hereby realleged and incorporated as if set forth fully herein.

43. Pursuant to 35 U.S.C. § 287(a), BHDX has provided MD Labs with notice of its exclusive rights under the '194 Patent.

44. Notwithstanding the notice provided by BHDX, MD Labs continues to offer, sell, and perform the MD Labs SLCO1B1 Test, thereby acting in reckless disregard of the likelihood that MD Labs is directly infringing, jointly infringing, and/or inducing infringement of the '194 Patent.

45. Accordingly, MD Labs' continuing infringement of the '194 Patent is willful and deliberate.

## JURY DEMAND

46. Plaintiff demands a jury trial on all issues so triable.

## **PRAYERS FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

(i) For entry of judgment by this Court that MD Labs, its officers, agents, servants, employees, representatives, attorneys and all persons acting in active concert or participation with MD Labs, have infringed the '194 Patent, either directly and/or by inducing others' infringement;

(ii) For entry of an order by this Court enjoining and restraining MD Labs, its officers, agents, servants, employees, representatives, attorneys, and all persons acting in active concert or participation with MD Labs, from making, using, selling, or offering for sale the MD Labs SLCO1B1 Test or otherwise infringing the '194 Patent;

(iii) For entry of judgment by this Court awarding damages under 35 U.S.C. § 284 to compensate BHDX for MD Labs' past, continuing or future infringement of the '194 Patent through the date such judgment is entered, including: (a) an accounting of all infringing acts; (b) treble damages for the exceptional case of MD Labs' willful infringement under 35 U.S.C. § 284; and (c) BHDX's costs and attorneys' fees, plus interest, incurred in prosecuting this action under 35 U.S.C. § 285;

(iv) For entry of an order requiring MD Labs to surrender or destroy, within ten days from the entry of any final judgment or preliminary decree: (a) any and all property which unlawfully violates the '194 Patent; (b) any and all product literature MD Labs owns or possesses which unlawfully violates the '194 Patent; and (c) all other works owned by MD Labs that infringe the '194 Patent;

(v) Such other and further relief as the Court deems just and proper.

BOSTON HEART DIAGNOSTICS CORPORATION,

BY ITS ATTORNEYS,

/s/ *Mark S. Baldwin*
Mark S. Baldwin (CT 01363)
**BROWN RUDNICK LLP**
City Place I
185 Asylum Street
Hartford, CT 06103
Telephone:    860.509.6514
Facsimile:    860.509.6501
E-mail: mbaldwin@brownrudnick.com

Wayne F. Dennison (BBO #558879) (to be admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone:    617.856.8200
Facsimile:    617.289.0438
E-mail: wdennison@brownrudnick.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2017, a copy of foregoing Complaint for Patent Infringement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: August 1, 2017

                                            /s/ *Mark S. Baldwin*
                                            Mark S. Baldwin (CT 01363)
                                            **BROWN RUDNICK LLP**
                                            City Place I
                                            185 Asylum Street
                                            Hartford, CT 06103
                                            Telephone:    860.509.6514
                                            Facsimile:     860.509.6501
                                            E-mail: mbaldwin@brownrudnick.com